UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:   Bush, Allan David         Case No.:   17-30470-MBK
                                   Chapter:    7
                                   Judge:      Michael B. Kaplan

## NOTICE OF PROPOSED ABANDONMENT

Andrea Dobin, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:

> Clerk of the U.S. Bankruptcy Court
> U.S. Courthouse, 1st floor
> 402 E. State Street
> Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable Michael B. Kaplan on December 11, 2017 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no  8 . (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:

> Real estate located at:
> 1437 Seneca Road
> North Brunswick, NJ
>
> Valued at $330,000.00

Liens on property:

> Bank of America
> $288,205.00

Amount of equity claimed as exempt:

> $13,504.00

Objections must be served on, and requests for additional information directed to:

Name:    Andrea Dobin, Trustee

Address: Trenk, DiPasquale, Della Fera & Sodono, P.C. 427 Riverview Plaza, Trenton, NJ 08611

Telephone No.: 609.695.6070 or 973.243.8600

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-30470-MBK
Allan David Bush                                                        Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin              Page 1 of 2           Date Rcvd: Nov 09, 2017
                             Form ID: pdf905          Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 11, 2017.
db          +Allan David Bush,    1437 Seneca Road,    North Brunswick, NJ 08902-1461
517112339   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank of America,    P.O. Box 982235,    El Paso, TX 79998)
517119333   +BMW Bank of North America,    Ascension Capital Group,    P.O. Box 165028,
             Irving, TX 75016-5028
517112340   +Bank of America Home Loans,    Correspondence Unit CA6-919-02-41,    P.O. Box 5170,
             Simi Valley, CA 93062-5170
517112341   +Capital One,    Bankruptcy Dept,    P.O. Box 30273,    Salt Lake City, UT 84130-0273
517112343   +Chase Cardmember service,    P.O.Box 15292,    Wilmington, DE 19886-0001
517112344   +Exxon Mobil Credit Card,    Citicards,    Po Box 688940,    Des Moines, IA 50368-8940

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Nov 09 2017 23:05:37     U.S. Attorney,    970 Broad St.,
             Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 09 2017 23:05:34     United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
             Newark, NJ 07102-5235
517112342   +E-mail/PDF: gecsedi@recoverycorp.com Nov 09 2017 23:08:36     CareCredit/Synchrony,
             Bankruptcy Dept,    P.O. Box 965081,    Orlando, FL 32896-0001
517112345    E-mail/Text: iaceves@foundationfinance.com Nov 09 2017 23:06:37
             Foundation Finance/Tri-State Creations,    PO Box 3148,    Hicksville, NY 11802-3148
517112346   +E-mail/Text: cio.bncmail@irs.gov Nov 09 2017 23:05:07     Internal Revenue Service,
             P.O. Box 7346,    Philadelphia, PA 19101-7346
517112347   +E-mail/PDF: gecsedi@recoverycorp.com Nov 09 2017 23:08:16     Lowe's,    Synchrony Bank,
             Bankruptcy Dept,    P.O. Box 965060,    Orlando, FL 32896-5060
517112348   +E-mail/PDF: ais.bmw.ebn@americaninfosource.com Nov 09 2017 23:08:30     MINI Financial Svcs,
             P.O. Box 3608,    Dublin, OH 43016-0306
517112350   +E-mail/PDF: gecsedi@recoverycorp.com Nov 09 2017 23:08:16     Sams Club/Synchrony Bank,
             Bankruptcy Dept,    P.O. Box 965060,    Orlando, FL 32896-5060
517113535   +E-mail/PDF: gecsedi@recoverycorp.com Nov 09 2017 23:08:36     Synchrony Bank,
             c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517112349   ##+Raymour & Flanigan,    c/o Wells Fargo Bank,    P.O. Box 10475,    Des Moines, IA 50306-0475
517112351   ##+Wells Fargo Financial,    P.O. Box 10475,    Des Moines, IA 50306-0475
                                                                                    TOTALS: 0, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 9, 2017 at the address(es) listed below:
              Andrea Dobin    ecftrusteead@trenklawfirm.com, NJ55@ecfcbis.com
              Rebecca Ann Solarz    on behalf of Creditor    BANK OF AMERICA, N.A. rsolarz@kmllawgroup.com
              Steven J. Abelson    on behalf of Debtor Allan David Bush sjaesq@atrbklaw.com,
               atrbk1@gmail.com;r49787@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Nov 09, 2017
                              Form ID: pdf905          Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
                                                                                                    TOTAL: 4