**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Allan David Bush | Social Security number or ITIN   xxx–xx–5676 |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    District of New Jersey

Case number:  17–30470–MBK

## Order of Discharge

**12/15**

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Allan David Bush

1/12/18

**By the court:**  Michael B. Kaplan
United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

---

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support
obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
decided or will decide are not discharged
in this bankruptcy case;

♦ debts for most fines, penalties,
forfeitures, or criminal restitution
obligations;

♦ some debts which the debtors did not
properly list;

♦ debts for certain types of loans owed to
pension, profit sharing, stock bonus, or
retirement plans; and

♦ debts for death or personal injury caused
by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

---

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

---

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 17-30470-MBK
Allan David Bush                                                    Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin            Page 1 of 1          Date Rcvd: Jan 12, 2018
                             Form ID: 318            Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 14, 2018.
db            +Allan David Bush,   1437 Seneca Road,   North Brunswick, NJ 08902-1461
517119333     +BMW Bank of North America,   Ascension Capital Group,   P.O. Box 165028,
               Irving, TX 75016-5028
517112344     +Exxon Mobil Credit Card,   Citicards,   Po Box 688940,   Des Moines, IA 50368-8940

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jan 12 2018 23:40:54     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 12 2018 23:40:50     United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
517112339      EDI: BANKAMER.COM Jan 12 2018 23:23:00     Bank of America,   P.O. Box 982235,
               El Paso, TX 79998
517112340     +EDI: BANKAMER.COM Jan 12 2018 23:23:00     Bank of America Home Loans,
               Correspondence Unit CA6-919-02-41,   P.O. Box 5170,   Simi Valley, CA 93062-5170
517112341     +EDI: CAPITALONE.COM Jan 12 2018 23:23:00     Capital One,   Bankruptcy Dept,   P.O. Box 30273,
               Salt Lake City, UT 84130-0273
517112342     +EDI: RMSC.COM Jan 12 2018 23:23:00     CareCredit/Synchrony,   Bankruptcy Dept,
               P.O. Box 965081,   Orlando, FL 32896-0001
517112343     +EDI: CHASE.COM Jan 12 2018 23:23:00     Chase Cardmember service,   P.O.Box 15292,
               Wilmington, DE 19886-0001
517112345      E-mail/Text: iaceves@foundationfinance.com Jan 12 2018 23:41:38
               Foundation Finance/Tri-State Creations,   PO Box 3148,   Hicksville, NY 11802-3148
517112346     +EDI: IRS.COM Jan 12 2018 23:23:00     Internal Revenue Service,   P.O. Box 7346,
               Philadelphia, PA 19101-7346
517112347     +EDI: RMSC.COM Jan 12 2018 23:23:00     Lowe's,   Synchrony Bank,   Bankruptcy Dept,
               P.O. Box 965060,   Orlando, FL 32896-5060
517112348     +EDI: BMW.COM Jan 12 2018 23:23:00     MINI Financial Svcs,   P.O. Box 3608,
               Dublin, OH 43016-0306
517112349     +EDI: WFFC.COM Jan 12 2018 23:23:00     Raymour & Flanigan,   c/o Wells Fargo Bank,
               P.O. Box 10475,   Des Moines, IA 50306-0475
517112350     +EDI: RMSC.COM Jan 12 2018 23:23:00     Sams Club/Synchrony Bank,   Bankruptcy Dept,
               P.O. Box 965060,   Orlando, FL 32896-5060
517113535     +EDI: RMSC.COM Jan 12 2018 23:23:00     Synchrony Bank,   c/o of PRA Receivables Management, LLC,
               PO Box 41021,   Norfolk, VA 23541-1021
517112351     +EDI: WFFC.COM Jan 12 2018 23:23:00     Wells Fargo Financial,   P.O. Box 10475,
               Des Moines, IA 50306-0475
                                                                                      TOTAL: 15

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2018                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 12, 2018 at the address(es) listed below:
        Andrea Dobin    ecftrusteead@trenklawfirm.com,   NJ55@ecfcbis.com
        Rebecca Ann Solarz    on behalf of Creditor   BANK OF AMERICA, N.A. rsolarz@kmllawgroup.com
        Steven J. Abelson    on behalf of Debtor Allan David Bush sjaesq@atrbklaw.com,
         atrbk1@gmail.com;r49787@notify.bestcase.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                      TOTAL: 4